UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHINO ORLANDO JONES,<br><br>Defendant. | Case No. 1:21-cr-00003-DAD-BAM<br><br><br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on July 26, 2021 to TIME SERVED.

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: **July 26, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1