PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>CHINO JONES,<br><br>     Defendants. | CASE NO.  1:21-CR-00003-ADA<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>DATE: April 19, 2023<br>TIME: 2:00 P.M.<br>COURT: Hon. Barbara A. McAuliffe |

  The parties seek to continue the status conference currently set for April 19, 2023, at 2:00 p.m. before the Honorable Barbara A. McAuliffe to May 3, 2023 at 2:00 p.m.  The reason for the continuance is to provide defense counsel with additional time to meet with her client and review the discovery.

  IT IS SO STIPULATED.


 Dated: April 17, 2023
              PHILLIP A. TALBERT
              United States Attorney


            By: /s/Justin J. Gilio
              JUSTIN J. GILIO
              Assistant United States Attorney


Dated: April 17, 2023      By: /s/Christina Corcoran
              CHRISTINA CORCORAN
              Attorney for Defendant
              CHINO JONES

1

**ORDER**

2

3          IT IS SO ORDERED that the status conference is continued from April 19, 2023, to **May 3,**

4    **2023, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean.**

5    IT IS SO ORDERED.

6       Dated:   __April 17, 2023__          _____/s/ *Barbara A. McAuliffe*_____

7                                                                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28