PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>CHINO JONES,<br><br>                    Defendants. | CASE NO. 1:21-CR-00003-ADA<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON<br><br>DATE: May 3, 2023<br>TIME: 2:00 P.M.<br>COURT: Hon. Erica P. Grosjean |

The parties seek to continue the status conference currently set for May 3, 2023, at 2:00 p.m., before the Honorable Erica P. Grosjean, to May 9, 2023 at 2:00 p.m. The reason for the continuance is to give the parties additional time to discuss a resolution and to accommodate defense counsel's unforeseen scheduling conflict with a case in Sacramento.

IT IS SO STIPULATED.

Dated: May 1, 2023                                PHILLIP A. TALBERT
                                                              United States Attorney

                                                        By:  /s/Justin J. Gilio
                                                              JUSTIN J. GILIO
                                                              Assistant United States Attorney

Dated: May 1, 2023                          By:  /s/Christina Corcoran
                                                              CHRISTINA CORCORAN
                                                              Attorney for Defendant
                                                              CHINO JONES

STIPULATION AND PROPOSED ORDER                                    1

ORDER

Pursuant to the parties' stipulation and for good cause shown, the status conference currently set for May 3, 2023, at 2:00 p.m., shall be continued to May 9, 2023 at 2:00 p.m. before the duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **May 2, 2023**

/s/ *Erin P. Gross*
UNITED STATES MAGISTRATE JUDGE