HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHINO ORLANDO JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHINO ORLANDO JONES,<br><br>Defendant. | Case No. 1:21-cr-00003-DAD<br><br>**ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |

IT IS HEREBY ORDERED that defendant Chino Orlando Jones (Fresno County Sheriff's Booking No. 2316346; Person ID 7116034) shall be released from the Fresno County Jail to Kevin Mitchel, a social worker with the Office of the Federal Defender, on **Tuesday, June 13, 2023, at 8:00 a.m**.  Mr. Mitchel will then transport Mr. Jones to the Probation Office, and then directly to the Salvation Army Adult Rehabilitation Center, in Fresno, California, for admission into the program.

IT IS SO ORDERED.

Dated:   June 12, 2023                                         _____
                                                                              UNITED STATES DISTRICT JUDGE