HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHINO ORLANDO JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00003-JLT |
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO WESTCARE** |
| vs. | |
| CHINO ORLANDO JONES, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Chino Orlando Jones (Central Valley Annex FID No. 10528986) shall be released from the Central Valley Annex to Kevin Mitchel, a social worker with the Office of the Federal Defender, on Wednesday, December 13, 2023, at 9:00 a.m. Mr. Mitchel will then transport Mr. Jones directly to Westcare, in Fresno, California, for admission into the program.

IT IS SO ORDERED.

Dated:   **December 12, 2023**

_____
UNITED STATES DISTRICT JUDGE